# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

IRMA JEAN CARTER, ET AL.  CIVIL ACTION

VERSUS  17-201-SDD-RLB

BURL N. CAIN, ET AL.

### RULING

The Court, after carefully considering the *Complaints*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 7, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiffs' *Complaints* are hereby DISMISSED against Defendant FNU Manzina, Assistant Warden, without prejudice pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 41(b)(1)(A) for failure to serve and failure to prosecute.

Signed in Baton Rouge, Louisiana on February 22, 2019.

*[signature]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1, 4, and 47.
[2] Rec. Doc. 57.